UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANUEL BOTELLO,

      Petitioner,

v.

      Case No. 1:07-cv-341

HONORABLE PAUL L. MALONEY

SHIRLEE A. HARRY,

      Respondent,
_____/

**JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date:  June 16, 2014

      /s/ Paul L. Maloney
      Paul L. Maloney
      Chief United States District